UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY STREET ASSOCIATES, LP,<br><br>        Plaintiff,<br><br>v.<br><br>THOMAS JONES,<br><br>        Defendant and<br>        Third-Party Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HOUSING AND URBAN DEVELOPMENT,<br><br>        Third Party Defendant. | Civil Action No. 22-3493 (RDM) |

**THIRD-PARTY DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING *NUNC PRO TUNC***

In accordance with Federal Rules of Civil Procedure 6(b)(1)(B), defendant, by and through undersigned counsel, respectfully requests this Court to extend the time to respond to the Complaint until December 29, 2022.

On November 14, 2022, the Third-Party Defendant, the U.S. Department of Housing and Urban Development (HUD), filed with the Clerk of the United States District Court for the District of Columbia a Notice of Removal of the above captioned case pursuant to 28 U.S.C. § 1442(a)(1).

Pursuant to Fed. R. Civ. P. 81(c), Third-Party Defendant has 21 days after service of the original complaint or seven (7) days after the removal of the case, whichever is longest, to file a responsive pleading.  Defendant's responsive pleading was due November 21, 2022.  Pursuant to

Local Rule 7(m), the undersigned counsel conferred with counsel for Plaintiff and Third-Party Plaintiff and neither party opposes this motion.

There is good cause for this requested extension of time.  A district court may forgive a party's failure to file a timely responsive pleading if that party makes a showing of excusable neglect.  Fed.R.Civ.P. 6(b)(1)(B) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . on motion made after the time has expired if the party failed to act because of excusable neglect").  In deciding whether to grant a motion for an extension of time on the ground of excusable neglect, the Court may consider (1) "the danger of prejudice to the [other party]," (2) "the length of delay and its potential impact on judicial proceedings," (3) "the reason for delay, including whether it was within the reasonable control of the movant," and (4) "whether the movant acted in good faith."  *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993).  The determination of whether neglect is excusable "is at bottom an equitable one, taking account of all relevant circumstances surrounding the party's omission." *Id*.  Here, undersigned counsel's one day error does not prejudice either party.  Although undersigned counsel's inadvertent mis-calendaring of the relevant deadline was reasonably within counsel's control, counsel has acted in good faith to address the mistake as soon as discovered.

This extension will allow the parties to determine whether the matter may be settled without further litigation.  During this extended time-period the parties will confer, review all of the facts and circumstances surrounding the allegations in the complaint and determine a viable course of action going forward.  Accordingly, Third-Party Federal Defendant, HUD, requests an extension of time until December 29, 2022, to respond to Third-Party Plaintiff's Complaint.  This request is made for good cause shown and not to cause undue delay of the proceedings.

\*    \*    \*

Respectfully Submitted,

MATTHEW M. GRAVES
D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ Heather Graham-Oliver*
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Civil Division
U.S. Attorney's Office
for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2520
Heather.graham-oliver@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAY STREET ASSOCIATES, LP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS JONES, | ) | |
| | ) | |
| Defendant and Third-Party-Plaintiff, | ) | Case No. 22-3493 (RDM) |
| | ) | |
| v. | ) | |
| U.S. DEPT. OF HOUSING AND | ) | |
| URBAN DEVELOPMENT, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Federal Defendant, HUD's, motion for an extension of time, it is hereby

ORDERED that the federal Defendant shall file a responsive pleading on or before December 29, 2022.

SO ORDERED:


_____                                          _____
Date                                                                                  United States District Judge

5

**<u>CERTIFICATE OF SERVICE</u>**

      A copy of the foregoing has been mailed to the Plaintiff and Third-Party plaintiff, via first class mail and email, on this 22nd day of November, 2022, at the following addresses:

Natasha Bennett, Esq.
Bread for the City Legal Clinic
1700 Good Hope Road, SW
Washington, DC 20001
202-386-7076
nbennett@breadforthecity.org

Timothy Cole, Esq.
4340 East West Highway #610
Bethesda, MD 20814
admin@KCG-LAW.com


                                  /s/ *Heather Graham-Oliver*
                                  Heather Graham-Oliver
                                  Assistant United States Attorney